October 23, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ROLAND THOMAS SENN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF TIFFANY ANN SENN AND AS NEXT FRIEND OF SASHA RAEANN SENN AND KAIA LOUISE SENN, MINORS, Appellant

NO. 14-14-00678-CV                    V.

BRYAN BLONDER, D.O. AND OAKBEND MEDICAL GROUP, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 19, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Roland Thomas Senn.

We further order this decision certified below for observance.